IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEFAN BATCHELOR | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4981 |
| | : | |
| J. SIMMONDS | : | |

## ORDER

**AND NOW**, this 16ᵗʰ day of January 2025, upon considering the Defendant's Motion to

dismiss (ECF 18) the pro se Complaint (ECF 1), the incarcerated Plaintiff's pro se Response (ECF

24), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion

to dismiss (ECF 18) is **GRANTED in part** requiring we **dismiss with prejudice** Plaintiff's claims

against Defendant in his official capacity but otherwise **DENIED** allowing Plaintiff to proceed on

his Eighth Amendment excessive force civil rights claim and state law assault and battery claim

against Defendant in his individual capacity requiring Defendant file an Answer to the Eighth

Amendment excessive force civil rights claim and state law assault and battery claims by no later

than **January 30, 2025**.

_____
KEARNEY, J.